**IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT TENNESSEE**

| | |
|---|---|
| Mark Clayton,<br><br>*Plaintiff,*<br>v.<br><br>Lauren Hogan, Glenn Funk, Amy Hunter, Tom Palko, John Honeysucker, Kimberly Hayes, Hall Balthrop, Cyrus Toosi, Scott Potter, Bill Young, Tom Lawless, Paige Dennis, Stephanie Durman, Metropolitan Nashville Government,<br><br>*Defendants.* | No. 3:22-cv-00936 |

**NOtice Of Non Suit Of Defendant Stephanie Durman**

Comes now the Plaintiff Mark Clayton, by and through counsel, and files this Notice Of Non Suit Of Defendant Stephanie Durman.

The Tennessee Court of Appeals ruled against Defendant's unlawful interjection of disputed documents into Plaintiff's personal litigation. As such, Plaintiff no longer feels it necessary to pursue relief in this Court for her actions. Thus he is non-suting his clai against her and this change will be reflected in his forthcoming motion to amend. [1]

[1] In No. M2021-00521-COA-R3-CV, the Tennessee Court Of Appeals stated the following: "In 2021, Mr. Clayton filed a formal complaint with the TDEC Commissioner alleging that the Dixons violated the Water Quality Control Act. See Tenn. Code Ann. § 69-3-118(a). The Dixons asked this Court to consider the Commissioner's official response as a post-judgment fact. See TENN. R. APP. P. 14. On March 7, 2022, the Commissioner issued a determination report reflecting that the Dixons' construction did not violate the Act. The Dixons contend that the Commissioner's report renders Mr. Clayton's arguments on this issue moot. We have the discretion to consider post-judgment facts that are "capable of ready demonstration, affecting the positions of the parties or the subject matter." Id. But "such facts must be unrelated to the merits and not genuinely disputed." Edwards v. Hallsdale-Powell Util. Dist., 115 S.W.3d 461, 464 n.3 (Tenn. 2003). Mr. Clayton clearly disputes the legality of the Dixon culvert. And he may appeal the Commissioner's determination. See Tenn. Code Ann. § 69-3-118(a)(2). So we deny the motion."

Respectfully Submitted,

s/ John M. Drake
John Drake (BPR No. 03502)
Attorney For Sun Valley Transportation LLC
(615) 810-6645
jmdrakelaw@gmail.com

**Certificate Of Service**

The undersigned hereby certifies that on May 15, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system to and to any parties not on CM/ECF through post:

Alexander Stuart Rieger
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207

Mary Elizabeth McCullohs
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207

MELISSA ROBERGE
SENIOR COUNSEL
MICHAEL R. DOHN
ASSISTANT METROPOLITAN ATTORNEY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219

s/ John M. Drake
John M. Drake