## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARK CLAYTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAUREN HOGAN, GLENN FUNK,** | ) | **Case No. 3:22-cv-00936** |
| **AMY HUNTER, TOM PALKO, JOHN** | ) | **Judge Aleta A. Trauger** |
| **HONEYSUCKER, KIMBERLY HAYES.** | ) | |
| **HAL BATHROP, CYRUS TOOSI, SCOTT** | ) | |
| **POTTER, BILL YOUNG, TOM** | ) | |
| **LAWLESS, PAIGE BURCHAM DENNIS,** | ) | |
| **METROPOLITAN NASHVILLE** | ) | |
| **GOVERNMENT, and SCRIPPS HOWARD** | ) | |
| **PUBLISHING COMPANY d/b/a** | ) | |
| **NEWSCHANNEL 5,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

For the reasons explained in the accompanying Memorandum, Scripps Howard Publishing Company d/b/a NewsChannel 5's Motion to Dismiss (Doc. No. 97) is hereby **GRANTED**, and Mark Clayton's Motion for Extension of Time Under Rule 6(b) for Rule 4(m) Deadline (Doc. No. 105) is **DENIED** as moot. The initial case management conference is **RESET** for December 9, 2024 at 2:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge