IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| MARK CLAYTON | ) | |
| | ) | **Case No. 3:22-cv-00936** |
| v. | ) | **Judge Trauger** |
| | ) | |
| BILL YOUNG *et al.* | ) | |

# O R D E R

I hereby **RECUSE** myself from further proceedings in this case. Accordingly, the Clerk is **DIRECTED** to reassign this matter to another Magistrate Judge to handle the discovery dispute referred by the District Judge on September 9, 2025 (Docket No. 162).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge