## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT TENNESSEE

| | |
|---|---|
| Mark Clayton,<br><br>*Plaintiff,*<br>v.<br><br>Lauren Hogan, Glenn Funk, Amy Hunter, Tom Palko, John Honeysucker, Kimberly Hayes, Hall Balthrop, Cyrus Toosi, Scott Potter, Bill Young, Tom Lawless, Paige Dennis, Stephanie Durman, Metropolitan Nashville Government, Scripps Howard Broadcasting Company DBA News Channel Five,<br><br>*Defendants.* | No. 3:22-cv-00936 |

**PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO RULE 11**

COMES NOW Plaintiff, by and through undersigned counsel, and moves this Honorable Court for an order imposing sanctions on Defendants and their counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure. In support, Plaintiff states as follows:

1. On 6/16/2025, Defendants filed a Motion for Summary Judgment supported by a Statement of Undisputed Material Facts.

2. Paragraphs 13 states the following:

> Young did not talk with Mr. Lawless or any other Registry member about the call or security prior to the meeting. *Id*. W. Young Resp. to Pl. Interrog. No. 10; T. Lawless Resp. Pl. Int. Nos. 10-11.

3. Plaintiff now has an official transcript of the May 18, 2023 transcript from a court reporter which shows that Tom Lawless said the following at the meeting.

MR. LAWLESS: I do think we need to compliment our staff for putting up not only with Mr. Clayton's type of outburst, but all the garbage that they get to put up with with disgruntled people. And I, for one, am sorry you had to go through that, Lauren and everybody else. **And Bill and I talked about it last night at Inn of Court. So at least he alerted me to it.** (Exhibit 1)

4. There is no way to reconcile the statement that Tom Lawless made, clearing stating that "Bill and I talked about it last night" with the Defendants' claim in their Statement Of Undisputed Facts for their Motion For Summary Judgment that "Young did not talk with Mr. Lawless or any other Registry member about the call or security prior to the meeting."

WHEREFORE, Plaintiff respectfully requests that the Court impose sanctions against Defendants and their counsel, including attorneys' fees incurred in responding to the false factual assertions and such other relief as the Court deems just and proper.

Respectfully Submitted,

s/ John M. Drake

John Drake (BPR No. 03502)
Attorney For Plaintiff Mark Clayton
9851 Bear Creek Rd
Sterretts, AL 35147
(615) 810-6645
jmdrakelaw@gmail.com

Drew Justice #29247
Attorney For Plaintiff Mark Clayton
1902 Cypress Drive Murfreesboro, TN 37130
(615) 419-4994 drew@justicelawoffice.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 3, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system to and to any parties not on CM/ECF through post:

s/ John M. Drake
John M. Drake

Zachary L. Barker
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
(615) 532-4098
Zachary.Barker@ag.tn.gov

Matthew Floyd Jones
Office of Attorney General and Reporter
P.O. Box 20207
315 Deaderick Street
UBS Tower, 20th Floor
Nashville, TN 37243
(615) 532-5817

Michael R. Dohn
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
michael.dohn@nashville.gov

Mary Elizabeth McCullohs
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
(615) 741-8126
mary.mccullohs@ag.tn.gov

Andrew Grahams
Tennessee Attorney General's Office
P. O. Box 20207, Nashville, Tennessee 37202
p. 615-741-2935
Email: Andrew.Grams@ag.tn.gov

Melissa S. Roberge
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
melissa.roberge@nashville.gov

William J. Harbison II
1201 Demonbreun Street Suite 1000
Nashville, TN 37203
615.244.1713
jharbison@nealharwell.com

**Exhibit 1**

MR. LAWLESS: Except he did say we were going to be sued.

MR. FINCHER: Yeah, well, bless his heart.

MS. DENNIS: As the mother of two toddlers, I don't know if I can say that word out loud, especially with the television station here.

MR. LAWLESS: I do think we need to compliment our staff for putting up not only with Mr. Clayton's type of outburst, but all the garbage that they get to put up with with disgruntled people. And I, for one, am sorry you had to go through that, Lauren and everybody else. And Bill and I talked about it last night at Inn of Court. So at least he alerted me to it.

MS. DENNIS: I mean, the minute he walked in, you could tell before the meeting that something --

MR. LAWLESS: It's sad.

MR. GOLDEN: Madam Chair, Director Young, obviously, we want to maintain a workplace free from harassment and abusive behavior in any form or fashion. And while the public certainly has a right to participate, that right is not without limit. And those limits need to be respected. And I find it incredibly stepping over the line if any member of the public abuses or displays harassing behavior of our staff. They're important, and I deeply appreciate your taking