1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MARK CLAYTON,              )
                          )
     Plaintiff,      )
                          )
v.                   )     No. 3:22-cv-00936
                          )     Judge Trauger
LAUREN HOGAN, et al.,   )
                          )
     Defendants.     )


--------------------------------------------------------

VIDEOTAPED WEB CONFERENCE DEPOSITION OF

MARK CLAYTON

Wednesday, February 12, 2025

--------------------------------------------------------

APPEARANCES:

For the Plaintiff:   Mr. John M. Drake
          Law Office of John M. Drake
          9851 Bear Creek Road
          Sterrett, AL 35147
          615-810-6645
          jmdrakelaw@gmail.com

For the Defendants:   Mr. Andrew Grams
          Assistant Attorney General
          Office of the
           Tennessee Attorney General
          P.O. Box 20207
          Nashville, TN 37202-0207
          615-741-2935
          andrew.grams@ag.tn.gov

Also Present:     Mr. Andrew Denning

Videographer:     Mr. Steve Campbell
          VCE Legal Tech

Reported By:
Patricia W. Smith, LCR CCR

1          The videotaped web conference (Zoom)

2  deposition of Mark Clayton was taken by counsel for the

3  Plaintiff, for all purposes allowed under the Federal

4  Rules of Civil Procedure.  The witness appeared via

5  Zoom on Wednesday, February 12, 2025, beginning at

6  9:03 A.M.

7          It is agreed that Patricia W. Smith,

8  Licensed Court Reporter and Certified Court Reporter,

9  may swear the witness, take the deposition, and

10  afterwards reduce same to typewritten form, and that

11  the reading and signing of the completed deposition by

12  the witness was not discussed.

13          All formalities as to caption, certificate,

14  transmission, filing, et cetera, are waived.  All

15  objections except as to the form of the questions are

16  reserved to on or before the hearing.

17  ----------------------------------------------------------

18                    INDEX

19  MARK CLAYTON:                                  PAGE

20      Examination by Mr. Grams                6

21      Examination by Mr. Drake           249

22      Reexamination by Mr. Grams        272

23      Reexamination by Mr. Drake        285

24

25

1  constantly for family values types of issues, what he

2  would call conservative, but it's nonpartisan.  And he

3  runs campaigns throughout the United States on those

4  things.

5  Q.        And how long have you been involved with

6  them?

7  A.        I've been really good friends with Eugene

8  since I was about 15 years old.  He uses a lot of

9  comedy.  So as a teenager, back then, I thought it was

10  fun -- funny.

11          But then they put me on the board of

12  directors in 2008, and then one of the following years

13  they put me as vice president.

14  Q.        Other than the insurance work, do you have

15  any other sources of income?

16  A.        Not that I can think of right off the bat.

17  Q.        Okay.  What -- how much did you take home

18  last year from your insurance business, in 2024?

19  A.        I'm -- I'm not sure about last year.  I

20  haven't -- I'm having difficulty going back and doing

21  my audit.

22  Q.        What about in 2023?  How much income --

23  A.        All the way up -- all the way up about until

24  the time of the meeting, I had my books pretty much

25  together.  And after that, I don't -- I don't -- I'm

1  not 100 percent sure what's -- what I've got going on.

2          I've got a lot -- a lot of things to fix and

3  figure out.

4  Q.        Okay.  So you don't have income figures

5  or --

6  A.        For the last three years, no.

7  Q.        Okay.  Do you own the home where you live?

8  A.        No.

9  Q.        And so you rent?

10  A.        Yes.

11  Q.        Okay.  How much is your rent per month?

12  A.        About 1,200 a month.

13  Q.        How do you pay it?

14  A.        With money.

15  Q.        Well, how much money do you take home in a

16  month?

17  A.        It varies.  I work on -- I work on straight

18  commission.  I only get paid if somebody is happy.

19  Q.        Okay.  Well, one of the things that you have

20  asked for in this -- in this case is -- is for damages,

21  millions and millions of dollars in damages.

22          And so what I am trying to figure out is

23  have you suffered any damages.

24  A.        Yes.

25  Q.        Okay.  Do you have an accountant?

1  A.          No.

2  Q.          Who does your books for your business?

3  A.          It used to be a place down in south

4  Nashville.  I might find somebody new to -- when I got

5  all of these other things done.

6  Q.          Who in south Nashville was doing your books?

7  A.          I can't remember their name.

8  Q.          Who did your books last year, for 2024?

9  A.          I've already told you that I haven't gotten

10  any of it figured out for the last three years.  I

11  have -- I haven't been able to -- I haven't been able

12  to get all that together.

13  Q.          Okay.  All right.  So you don't know how

14  much money you made in 2024, 2023, or 2022; correct?

15  A.          Right.

16  Q.          What other expenses do you have besides

17  rent?

18  A.          Internet, car, phone, electric, water, food,

19  gas, and legal.  A lot of that.

20  Q.          Okay.  What kind of car do you drive?

21  A.          Dodge.

22  Q.          What kind of Dodge?  There is a few kinds of

23  Dodges.

24  A.          A Challenger.

25  Q.          What's your car payment, if you have one?

1  A.          I don't have one.

2  Q.          And so when you say car as an expense,

3  you're referring to car insurance?

4  A.          Car insurance, gas, maintenance.

5  Q.          What would you ballpark, say, your monthly

6  expenses are aside from legal?

7  A.          I try to keep everything around $3,200 a

8  month, or less, if I can.  That doesn't count legal

9  stuff, legal --

10  Q.          Yeah, understand.

11              And I assume you've got business expenses as

12  well; correct?

13  A.          I have outsourced those so I can get through

14  what's going on.

15  Q.          Okay.

16  A.          So I -- I split my commission -- I split my

17  commissions with another agency that deals with the

18  marketing, because I can't manage the marketing and do

19  what I'm supposed to do because I'm constantly dealing

20  with these kinds of things.

21  Q.          What's the name of that agency you split the

22  commission with?

23  A.          Summit Life Group.

24  Q.          And where are they located?

25  A.          Athens, Georgia.

1          THE WITNESS:  If he needs a

2  kindergarten, preschool, baby answer, then --

3          MR. DRAKE:  Okay.  Mark -- Mark --

4  Mark -- Mark -- Mark . . .

5          THE WITNESS:  No, no.  That's

6  infantile.  I'm not the problem here.  I'm not the

7  problem at all.

8          I know what I'm talking about with the

9  damages.  He doesn't want to hear it.  I don't know if

10  that's going to be the answer.  That's what he's gonna

11  get.

12          (Simultaneous speaking.)

13  BY MR. GRAMS:

14  Q.          Mr. Clayton, do you intend to rely on the

15  affidavit of Dr. Kenner?

16  A.          Yes.

17  Q.          Do you intend to rely on the affidavit of --

18  I believe her name is Barbara Luna.

19  A.          As supporting evidence, yes.

20  Q.          Okay.  Do you have any other medical doctors

21  that you have seen for any damages you relate to this

22  incident?

23  A.          I have supplied those in discovery already.

24  Q.          Do you have tax returns for the years 2023,

25  2022, and 2021?

1    A.        No.

2    Q.        And will you be filing income tax returns

3    for the tax year 2024?

4    A.        I'm going to put in a motion for an

5    extension.

6    Q.        Do you have any financial records to show

7    what income you have drawn for the last five years?

8    A.        Yes.

9    Q.        What records do you have?

10   A.        Well, I had my tax returns all the way up

11   until this happened, and I was getting on top of

12   everything.  And I had -- I even -- I had my -- I had

13   my -- I still have my tax returns for those years

14   before it.  And I was looking at those to supplement

15   for discovery, but I just -- I know I have them.  I

16   just couldn't put my hands on them right away.

17          So I was actually about to file my return

18   until -- then this happened.  And so I do have some --

19   I have -- I have before that, everything where I can

20   tell everything that happened financially and the

21   previous years to the incident.

22   Q.        Do you have any records to show what amount

23   of income you earned in the last year, in 2024?

24   A.        No, I have records for these years.  I just

25   have to audit them.  And it's -- I -- I cannot -- I

1    haven't been able to -- to get it all together.  And

2    I -- I can't.  If somebody put a gun to my head and

3    told me to get it done, I couldn't get it all done.

4    That's why I haven't done it, with this stuff --

5    there's things going on here.

6    Q.          Well, do you plan to present evidence of

7    lost income?

8    A.          Yes.

9    Q.          Do you plan to present evidence of lost

10    earning capacity?

11    A.          Yes.

12    Q.          And what documents do you intend to rely on

13    to support lost income and lost earning capacity?

14    A.          Tax returns.  I am going to get -- call the

15    IRS and get my -- I can still get these statements that

16    show all my 1099s.  So I can still get all of the

17    records for the last years I don't have, because I am

18    still going to go back and audit them.

19              But I can -- I did all my audit -- I audit

20    it.  I audit my -- I self-audit every year.  Well, I --

21    my mode of operation is a self-audit every year.  Just

22    the last few years I haven't been able to do it.  It's

23    a practical matter related to this, of course.

24              And -- but the -- I have tax -- I have tax

25    returns for three years before -- before this incident

1  but not after.

2  Q.        So what evidence do you intend to rely on

3  for after this incident, to support your claim for

4  damages?

5  A.        My previous earning capacity, my

6  marketability, and my tax returns, as well as I had a

7  forensic audit from previous litigation with Barbara

8  Luna.  And she made findings, and I can refer to that

9  and make a good faith understanding of where I was

10  headed.

11        And, also, I think it's pretty obvious that

12  with these kinds of things going on, I am not very

13  hireable, with all of the false accusations that I'm

14  going to have to live with for the rest of my life if

15  people will take us back.

16  Q.        At how many jobs have you applied since

17  May 18, 2022?

18  A.        None.

19  Q.        And your sole source of income is the

20  insurance business?

21  A.        Yes.  And a nominal amount that I get a

22  check -- a nominal amount of money from Public

23  Advocate, but it's not the main source.  It's not --

24  it's a nominal amount.

25  Q.        Now, you mentioned way back at the beginning