IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK CLAYTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-00936 |
| | ) Judge Aleta A. Trauger |
| WILLIAM YOUNG, TOM LAWLESS, | ) |
| and PAIGE DENNIS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM & ORDER

Now before the court are two more Motions for Reconsideration under Federal Rule of Civil Procedure 54(b) filed by plaintiff Mark Clayton. The first (Doc. No. 213) seeks reconsideration of the court's October 24, 2024 Order (Doc. No. 112), dismissing the plaintiff's claims against defendant Scripps Howard Publishing Company d/b/a NewsChannel 5 ("NewsChannel 5"); the second (Doc. No. 215) seeks reconsideration of the court's November 16, 2023 Order (Doc. No. 72), which dismissed the claims against defendants the Metropolitan Government of Nashville and Davidson County, Tom Palko, John Honeysucker, Kimberly Hayes, Hal Balthrop, Cyrus Toosi, and Scott Potter (the "Metro defendants"). The plaintiff has also filed a Motion for Clarification (Doc. No. 217), which purports to seek clarification and reconsideration of the court's dismissal of the plaintiff's "due process claim concerning denial of access to Tennessee's stormwater permitting process." (Doc. No. 217 at 1.)

It appears that this flurry of motions may have been prompted by the plaintiff's desire to preserve his right to appeal the dismissal of the claims against NewsChannel 5 and the Metro defendants. (*See* Doc. No. 213 at 1.) This matter, in any event, is scheduled for trial to begin on

March 10, 2026, and the court finds that the plaintiff's efforts to seek reconsideration of Orders entered more than a year ago, virtually on the eve of trial, amount to nothing more than an attempt to delay trial and the ultimate resolution of this case. The court also finds that the plaintiff fails to establish grounds for reconsideration or clarification of the Orders at issue.

The pending motions (Doc. Nos. 213, 215, 217) are **DENIED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge