IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARK CLAYTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:22-cv-00936** |
| | ) | **Judge Aleta A. Trauger** |
| **PAIGE BURCHAM-DENNIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## VERDICT FORM

1. Do you find that the plaintiff has proved the first six elements of his defamation claim (on page 15 of your Jury Instructions) by a preponderance of the evidence?

Yes ________ No ___✓___

*(If your answer is "Yes," proceed to Question 2. If your answer is "No," have your foreperson sign and return this Verdict Form.)*

2. Do you find by clear and convincing evidence that that Ms. Burcham-Dennis communicated the statement knowing that it was false or with reckless disregard of whether or not it was false?

Yes ________ No ________

*(If your answer is "Yes," proceed to Question 3. If your answer is "No," have your foreperson sign and return this Verdict Form.)*

3. What amount of compensatory damages, if any, was caused by the defendant's defamation?

$________________

*(If you awarded some amount of damages, proceed to Question 4.)*

4. Do you find that punitive damages are warranted?

Yes ________ No ________

[redacted]

Jury Foreperson – Print Name

3.11.2026
_______________________________
Date